# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, December 9, 2025** | **Hearing Room 302** |

**1:30 PM**
**6:25-16896    Wilburn Patrick Fowler**                                                           **Chapter 13**

#37.00    Confirmation of Chapter 13 Plan

Docket    19
*** VACATED ***    REASON: COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d)

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**

THE HEARING ON THIS MATTER IS VACATED DUE TO COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d). Counsel has repeatedly failed to provide mandatory judge's copies. Multiple warnings have been given. Yet, no judge's copy was provided for the current matter. Counsel must re-notice the hearing to the court's next available chapter 13 hearing date that provides adequate notice to creditors. If the confirmation hearing is not re-noticed within 7 days confirmation will be denied and the case will be dismissed without further notice.

### Party Information

**Debtor(s):**

| | |
|---|---|
| Wilburn Patrick Fowler | Represented By<br>Benjamin Heston |

**Trustee(s):**

| | |
|---|---|
| Rod Danielson (TR) | Pro Se |