

FILED & ENTERED

DEC 17 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

|  |  |
|---|---|
| In re: | Case No.: 6:25-bk-16896-SY |
| Wilburn Patrick Fowler | CHAPTER 13 |
|  | **ORDER DISMISSING CHAPTER 13 CASE** |
| Debtor(s). |  |

A judge's copy of each chapter 13 plan must be timely delivered to chambers before the scheduled confirmation hearing as required by Local Bankruptcy Rule 5005-2(d), The Central Guide § 3-02, and this court's Judicial Variance Statement found on the court website. The court has repeatedly warned debtor's counsel of record in this case for failing to comply with these requirements and provide judge's copies of documents. The court has also advised that future failures would result in hearings being vacated. As a result, the court vacated the confirmation hearing in the above-captioned case when counsel failed to provide a copy of the chapter 13 plan. The tentative ruling vacating the hearing directed counsel to re-notice the confirmation hearing within seven days. It also warned that failure to do so would result in denial of

confirmation and dismissal of the case. More than seven days have passed since the confirmation

hearing was vacated, and counsel has failed to re-notice the hearing. Good cause appearing,

IT IS ORDERED that confirmation of the chapter 13 plan in the above-captioned case is

denied and the case is dismissed.

###

Date: December 17, 2025

Scott H. Yun
United States Bankruptcy Judge