United States Bankruptcy Court

Central District of California

In re:  Case No. 25-16896-SY

Wilburn Patrick Fowler  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2

Date Rcvd: Dec 17, 2025  Form ID: ntcdsm  Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wilburn Patrick Fowler, 18660 Gentian Ave, Riverside, CA 92508-8936 |
| 42688962 | | GB Equipment Rentals, 21115 Box Springs Rd, Moreno Valley, CA 92557-8720 |
| 42688964 | + | Yes Leasing, 278 NW 37th St 2nd Floor, Miami, FL 33127-3138 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Dec 18 2025 05:51:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42688960 | | EDI: EDD.COM | Dec 18 2025 05:51:00 | Employment Development Dept., Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 42688961 | | EDI: CALTAX.COM | Dec 18 2025 05:51:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42688963 | | EDI: IRS.COM | Dec 18 2025 05:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42791631 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 00:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42688959 | | Corlone Family Trust |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Dec 17, 2025 | Form ID: ntcdsm | Total Noticed: 8

Date: Dec 19, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

**Name** | **Email Address**

Benjamin Heston
on behalf of Debtor Wilburn Patrick Fowler bhestonecf@gmail.com    benheston@recap.email,NexusBankruptcy@jubileebk.net

Rod Danielson (TR)
notice-efile@rodan13.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 3

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# **NOTICE OF DISMISSAL**

**DEBTOR INFORMATION:**
Wilburn Patrick Fowler
dba Earth Movers

**BANKRUPTCY NO.** 6:25−bk−16896−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8393
**Employer Tax−Identification (EIN) No(s).(if any):** 30−0530959
**Debtor Dismissal Date:** 12/17/25

**Address:**
18660 Gentian Ave
Riverside, CA 92508−8936

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 17, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**28 / SM6**