United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-16896-SY |
| Wilburn Patrick Fowler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wilburn Patrick Fowler, 18660 Gentian Ave, Riverside, CA 92508-8936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Wilburn Patrick Fowler bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**FILED & ENTERED**

**DEC 17 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Wilburn Patrick Fowler<br><br><br><br><br>Debtor(s). | Case No.: 6:25-bk-16896-SY<br><br>CHAPTER 13<br><br>**ORDER DISMISSING CHAPTER 13 CASE** |

A judge's copy of each chapter 13 plan must be timely delivered to chambers before the scheduled confirmation hearing as required by Local Bankruptcy Rule 5005-2(d), The Central Guide § 3-02, and this court's Judicial Variance Statement found on the court website. The court has repeatedly warned debtor's counsel of record in this case for failing to comply with these requirements and provide judge's copies of documents. The court has also advised that future failures would result in hearings being vacated. As a result, the court vacated the confirmation hearing in the above-captioned case when counsel failed to provide a copy of the chapter 13 plan. The tentative ruling vacating the hearing directed counsel to re-notice the confirmation hearing within seven days. It also warned that failure to do so would result in denial of

-1-

confirmation and dismissal of the case. More than seven days have passed since the confirmation hearing was vacated, and counsel has failed to re-notice the hearing. Good cause appearing,

IT IS ORDERED that confirmation of the chapter 13 plan in the above-captioned case is denied and the case is dismissed.

###

Date: December 17, 2025

Scott H. Yun
United States Bankruptcy Judge