| | |
|---|---|
| 1 | **Rod Danielson** |
| | **Chapter 13 Trustee** |
| 2 | **3787 University Avenue** |
| | **Riverside, CA 92501** |
| 3 | **Tel.: (951) 826-8000** |
| | **Fax: (951) 826-8090** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE: | Case No.:  6:25-bk-16896-SY |
| WILBURN PATRICK FOWLER | **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |
| | **(DISMISSED CASE)** |
| Debtor(s). | |

On <u>01/08/2026</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>2/9/2026</u> at Riverside, California.


Dated: <u>02/09/2026</u>                                        /s/ Rod Danielson
                                                                                    Signature

FG:049 - 02/09/2026 - TH